United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Stanley Brian Pereira, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2075 |
| | § | |
| Kristi Noem, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ON DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice, which is signed by all parties who have appeared. Doc. 12. A petitioner may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also* Rules Governing Section 2254 Cases, Rules 1 and 12 (explaining that the Federal Rules of Civil Procedure may be applied to § 2241 cases). Pursuant to the Joint Stipulation, the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to CLOSE this case. Each party shall bear its own costs and fees.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge